UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANCISCO SANCHEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>MOHAMMAD USMAN dba NAIMAT KADAH INTERNATIONAL, INC.; NAIMAT KADAHA INTERNATIONAL, INC.; KABOB & CURRY'S,<br><br>            Defendants. | Case No.  5:13-cv-04292 HRL<br><br>**ORDER OF DISMISSAL** |

At the June 3, 2014 show cause hearing, the parties advised that they have settled this matter and requested that this court retain jurisdiction to enforce their settlement. Accordingly, this matter is dismissed with prejudice. For a period of 90 days from the date of this order, the court will retain jurisdiction to enforce the parties' settlement. The clerk shall close this file.

**SO ORDERED**.

Dated:   June 17, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:13-cv-04292-HRL Notice has been electronically mailed to:

Gregory Scott Redmond    gsrlaw@comcast.net

James Dal Bon    jdblaw@earthlink.net, jdb@wagedefenders.com, mh@wagedefenders.com

Tyler Mark Paetkau    tpaetkau@hslawoffice.com, liliane@hslawoffice.com, osavage@hslawoffice.com, smith@hslawoffice.com